PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Allen Jeffery Haugen**

**Docket No. 0:02CR00072-002(PAM)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Allen Jeffery Haugen** for Conspiracy to Manufacture Methamphetamine on January 8, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment; abstain from alcohol; mandatory drug testing; and no firearms or dangerous weapons.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On November 21, 2006, Mr. Haugen was stopped by a Ramsey police officer in Anoka County after being observed driving with a rear tail light not operating. He was subsequently arrested for Driving After Cancellation, Inimical to Public Safety. He is scheduled to appear in Anoka County District Court on December 20, 2006.

SPECIAL CONDITION #5: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On November 28, 2006, Mr. Haugen missed a scheduled urinalysis test.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 32 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 12th day of Dec 2006, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on December 5, 2006
Place Minneapolis

SCANNED
DEC 14 2006
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission