PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Allen Jeffery Haugen**

**Docket No. 0:02CR00072-002(PAM)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Allen Jeffery Haugen** for Conspiracy to Manufacture Methamphetamine on January 8, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug/alcohol treatment; abstain from alcohol; mandatory drug testing; and no firearms or dangerous weapons.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION #2: The defendant shall not commit another federal, state, or local crime.

Mr. Haugen was convicted of Disorderly Conduct in Hennepin County District Court on April 24, 2007.

> STANDARD CONDITION #11: The defendant shall notify the probation officer within seventy two hours of being arrested or questioned by a law enforcement officer.

Mr. Haugen failed to report his contact with law enforcement at the time of his arrest or his subsequent conviction as required.

SCANNED
AUG 17 2007
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 15th day of August, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425

Executed on August 10, 2007

Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission