PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Allen Jeffery Haugen**

**Docket No. 0:02CR00072-002(PAM)**

**Petition on Supervised Release**

RECEIVED
JAN 11 2008
U.S. DISTRICT COURT
P.A.M.

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Allen Jeffery Haugen** for Conspiracy to Manufacture Methamphetamine on January 8, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment; abstain from alcohol; mandatory drug testing; and no firearms or dangerous weapons.

– 32 hours of community service following arrest for Driving After Cancellation, Inimical to Public Safety and a missed UA (modified December 12, 2006)
– 24 hours of community service for Disorderly Conduct conviction (modified August 10, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #2: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Mr. Haugen was observed drinking a beer during a routine home visit on December 20, 2007. A subsequent breath analysis confirmed that Mr. Haugen had been drinking. He tested at a .043 level and admitted that he had been drinking.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
JAN 16 2008
U.S. DISTRICT COURT ST. PAUL

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 15th day of January, 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425

Executed on January 9, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission