UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-72(02)(PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| ALLEN JEFFERY HAUGEN, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.
07-72(02)(PAM)

Defendant Name
Allen Jeffery Haugen

Remove AUSA(s)
Andrew Dunne
Chris Wilton

Add AUSA
Jeffrey M. Bryan

Dated: January 28, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ Jeffrey Bryan

BY: JEFFREY M. BRYAN
Assistant U.S. Attorney
Attorney ID No. 0325077