PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Allen Jeffery Haugen**

**Docket No. 0:02CR00072-002(PAM)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Allen Jeffery Haugen** for Conspiracy to Manufacture Methamphetamine on January 8, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment; abstain from alcohol; mandatory drug testing; and no firearms or dangerous weapons.

– 32 hours of community service following arrest for Driving After Cancellation, Inimical to Public Safety and a missed UA (modified December 12, 2006)
– 24 hours of community service for Disorderly Conduct conviction (modified August 10, 2007)
– 30 days of remote alcohol testing for drinking alcohol (modified January 15, 2008)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 16, 2008, Mr.Haugen submitted a breathalyser which tested at a .102 blood alcohol concentration. Additionally, Mr. Haugen missed a scheduled urinalysis on May 17, 2008.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
JUN 04 2008
U.S. DISTRICT COURT ST. PAUL

The defendant shall reside for a period of up to 120 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 30th day of May, 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425

Executed on May 29, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission